KAVANAUGH *v.* BAIRD.

NAVIGABLE WATERS—GREAT LAKES—RELICTED LAND.

This case is controlled by *Hilt* v. *Weber,* 252 Mich. 198, requiring reversal of former decision in 241 Mich. 240, and entry of decree quieting title in plaintiff to land between meander line and waters of Saginaw Bay.

Appeal from Bay; Houghton (Samuel G.), J. Submitted June 15, 1927. (Docket No. 81, Calendar No. 33,104.) Resubmitted December 1, 1927. Decided January 3, 1928. Submitted on rehearing on court's motion January 23, 1931. Decided April 7, 1931.

Bill by William P. Kavanaugh against John Baird, director of conservation of the State of Michigan, to quiet title to land. From a decree dismissing the bill, plaintiff appeals. Reversed on rehearing.

On Rehearing.

Per Curiam. The opinion of the court in this case was handed down January 3, 1928, reported in 241 Mich. 240; but no decree was entered. Following the decision in *Hilt* v. *Weber,* 252 Mich. 198 (71 A. L. R. 1238), this court of its own motion ordered a rehearing herein. The facts and issues are so fully presented in the original opinion that there is no occasion for detailing them again. The decision as originally rendered in the *Kavanaugh Case* was overruled by the *Hilt Case.* In the orderly administration of justice this necessitates the court now holding that the plaintiff herein is entitled to a decree quieting the title in him to the relicted land involved as prayed in his bill of complaint. A decree may be taken accordingly, but without costs.